State v. Juan

---

STATE OF NORTH CAROLINA v. DENNIS JUAN

No. 734SC745

(Filed 12 December 1973)

**Narcotics § 4— possession of LSD found in refrigerator**
    The State's evidence was sufficient for the jury in a prosecution for felonious possession of LSD where it tended to show that defendant and another were present when officers found 3,214 hits of blotter acid (LSD in dots on pieces of paper) in the refrigerator of a trailer leased by defendant and that defendant had been living in the trailer for six months or more.

APPEAL by defendant from *Cohoon, Judge,* at the 10 April 1973 Session of ONSLOW Superior Court.

The defendant was charged with the felonious possession of Lysergic Acid Diethylamide commonly known as L.S.D. The defendant entered a plea of not guilty but was found guilty and sentenced to be confined in the State Prison and assigned to do labor under the supervision of the North Carolina Department of Corrections for a term of five years. From the verdict and judgment of the court, the defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Robert R. Reilly for the State.*

*Edward G. Bailey for the defendant appellant.*

CAMPBELL, Judge.

The defendant's only assignment of error is the trial court's denial of his motion for judgment as of nonsuit. The evidence in the case is plenary. Officers, allegedly on an informant's tip, approached the defendant's mobile home and found the defendant and one David Collins packing defendant's car and decided that if they were going to do anything they would have to do it then. The officers identified themselves and asked if they could search the defendant's trailer and car. The defendant consented. The officers found a bag of marijuana on the kitchen table, a half coconut shell of marijuana in the back bedroom and 3,214 hits of blotter acid (L.S.D. in dots on pieces of paper) in the refrigerator. There was evidence that the defendant Juan was the lessee of the trailer in question and had been living there for six months or more.

In considering the sufficiency of the evidence to withstand a defendant's motion for judgment as of nonsuit, all the evidence must be considered in the light most favorable to the State. *State v. McNeil,* 280 N.C. 159, 185 S.E. 2d 156 (1971). The evidence was ample.

No error.

Judges BRITT and MORRIS concur.